MARGARET KENNY, Respondent, *v.* BARTHOLOMEW L. LYNCH, Appellant.

(Argued September 22, 1874; decided January term, 1875.)

THIS was an action upon a promissory note. The complaint alleged the making thereof by defendant, payable to the order of Edward Kenny, and that it was by him indorsed and delivered to plaintiff. The answer admitted the making of the note, as alleged in the complaint, and denied each and every other allegation of the complaint, and then set up fraud. Upon the trial defendant claimed to hold the affirmative of the issue, and the consequent right to open and close the case.

This was denied.  *Held*, no error, as the answer put in issue the indorsement and delivery of the note.

The other questions in the case were upon the rulings of the court in rejecting evidence, which were *held* correct, as the proffered evidence was, under the circumstances of the case, immaterial.

*Daniel R. Lyddy* for the appellant.

*Samuel Hand* for the respondent.

GRAY, C., reads for affirmance.
All concur.
Judgment affirmed.